# Third District Court of Appeal
## State of Florida

Opinion filed May 22, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1077
Lower Tribunal No. 21-12061
_____

**Nancy A. Hass, Esquire,**
Appellant,

vs.

**In Re: Shane Zamani and Natalie Lazarovits,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Victoria del Pino, Judge.

Nancy A. Hass, P.A., and Nancy A. Hass (Fort Lauderdale), for appellant.

Natalie Lazarovits, in proper person.

Before LOGUE, C.J., and LINDSEY and GORDO, JJ.

PER CURIAM.

Affirmed.